IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RETRO TELEVISION NETWORK, INC., | * * * | |
| Plaintiff, | * | |
| vs. | * | No. 4:11-cv-00489-SWW |
| | * * | |
| LUKEN COMMUNICATIONS, LLC; and RETRO TELEVISION, INC., f/k/a RETRO PROGRAMING SERVICES, INC., | * * * * * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 5th day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE