IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY E. MORTON and<br>RETRO TELEVISION NETWORK, INC.,<br><br>Plaintiffs,<br>vs.<br><br><br>HENRY G. LUKEN, III; LUKEN<br>COMMUNICATIONS, LLC; and RETRO<br>TELEVISION, INC., f/k/a RETRO<br>PROGRAMING SERVICES, INC.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | No. 4:11-cv-00489-SWW |

## ORDER

The plaintiffs have presented to the Court a Consent Order requesting a ten (10) day extension of time in which to respond to defendants' motion for attorneys' fees and costs [doc.#30]. Having considered the matter, the Court grants plaintiffs' request. The time for plaintiffs to file their response to defendants' motion for attorneys' fees and costs is hereby extended ten (10) days from the date of entry of this Order.

IT IS SO ORDERED this 23rd day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE