IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY E. MORTON and | * | |
| RETRO TELEVISION NETWORK, INC., | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | No. 4:11-cv-00489-SWW |
| | * | |
| | * | |
| HENRY G. LUKEN, III; LUKEN | * | |
| COMMUNICATIONS, LLC; and RETRO | * | |
| TELEVISION, INC., f/k/a RETRO | * | |
| PROGRAMING SERVICES, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

The plaintiffs have responded [doc.#42] to defendants' motion for attorney's fees and costs [doc.#30] by, *inter alia*, questioning whether the Court has jurisdiction and, if it does, requesting the opportunity to conduct discovery regarding the invoices presented to the Court. The Court informs plaintiffs that it does indeed have jurisdiction and that it will not allow discovery with respect to defendants' motion for attorney's fees and costs. The Court will allow plaintiffs until and including February 24, 2012, in which to supplement their response to defendants' motion for attorney's fees and costs should they so choose.

IT IS SO ORDERED this 14th day of February 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE